82,353-02

TERRY LEE PIASECKI
TDCJ# 1717778
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

ABEL ACOSTA
CLERK, COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RE: TRIAL COURT NO. 11-03-02382-CR(1)

Dear Mr. Acosta:

I recently received a white card from your office stating that my application for writ of habeas corpus has been denied on the findings of the trial court. I would like some clarification on this issue. I filed several supplements with my 11.07 writ of habeas corpus, so I am wondering if the denial is based on the supplements or on the writ itself.

Thank you,

Terry Lee Piasecki

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk